**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **OPTIC153 LLC,** | § | |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 6:21-cv-93-ADA** |
| | § | |
| **WINDSTREAM HOLDINGS, INC.,** | § | |
| **WINDSTREAM SERVICES, LLC,** | § | |
| **WINDSTREAM COMMUNICATIONS,** | § | |
| **LLC, AND WINDSTREAM** | § | |
| **COMMUNICATIONS KERRVILLE, LLC** | | |
| | | |
| **Defendants.** | | |

**NOTICE OF APPEARANCE DANIEL S. LEVENTHAL**

Daniel S. Leventhal makes his appearance as counsel on behalf of Defendants

Windstream Holdings, Inc.; Windstream Services, LLC; Windstream Communications, LLC;

and Windstream Kerrville, LLC.  He is a member in good standing with the bar of this Court and

is registered as a Filing User for its Electronic Filing System.  He requests service of pleadings

and orders in accord with the Local Rules through the contact information as noted below.

February 10, 2021

Respectfully submitted,


By:    /s/ *Daniel S. Leventhal*

Brett C. Govett (SBN 08235900)
brett.govett@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue, Suite 3600
Dallas, TX 75201
Tel:    (214) 855-8118
Fax:    (214) 855-8200

Daniel S. Leventhal (SBN 24050923)
daniel.leventhal@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Tel:    (713) 651-5151
Fax:    (713) 651-5246

Catherine Garza (SBN 24073318)
Cat.garza@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701
Tel:    (512) 474-5201
Fax:    (512) 536-4598

**COUNSEL FOR DEFENDANTS
WINDSTREAM HOLDINGS, INC.,
WINDSTREAM SERVICES, LLC,
WINDSTREAM COMMUNICATIONS,
LLC, AND WINDSTREAM
COMMUNICATIONS KERRVILLE, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 10, 2021, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

/s/ *Daniel S. Leventhal*